| | |
|---|---|
| James L. Wraith, State Bar No. 112234<br>Mark E. Inbody, State Bar No. 180862<br>SELVIN WRAITH HALMAN LLP<br>505 14th Street, Suite 1200<br>Oakland, CA 94612<br>Telephone:  (510) 874-1811<br>Facsimile:   (510) 465-8976<br>E-mail:  jwraith@selvinwraith.com<br>         minbody@selvinwraith.com<br><br>Attorneys for Defendant<br>Lexington Insurance Company | **E-Filed 7/12/2010** |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GOLDEN BEAR INSURANCE COMPANY, a California corporation,<br><br>  Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation, and DOES 1 through 10,<br><br>  Defendant. | CASE NO.: 5:10-cv-01672-JF<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER** (as modified by the Court)<br><br>Date:  7/16/1010<br>Time:  10:30 a.m.<br>Courtroom:   3, Judge Jeremy Fogel |

Defendant Lexington Insurance Company hereby requests that, their counsel of record, Mark E. Inbody be permitted to appear by telephone at the Initial Case Management Conference scheduled for July 16, 2010 at 10:30 a.m., in Courtroom 3, in front of Judge Jeremy Fogel.

Mark E. Inbody, Counsel of record for Defendant Lexington Insurance Company will be appearing and can be reached at (510) 874-1813.

Dated: July 9, 2010                                     SELVIN WRAITH HALMAN LLP


                                                        By: _____
                                                           James L. Wraith
                                                           Mark E. Inbody
                                                           Attorneys for Defendant
                                                           Lexington Insurance Company

---

1
**REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER**
**CASE NO.:  5:10-cv-01672-JF**

**ORDER**

IT IS HEREBY ORDERED that Defendant Lexington Insurance Company's counsel of record, Mark E. Inbody, may appear by telephone at the Initial Case Management Conference scheduled for July 16, 2010 at 10:30 a.m. in Courtroom 3 of the United States District Court for the Northern District of California. ~~The Court clerk will initiate the call 5-10 minutes prior to the scheduled hearing time. The Clerk will contact Mark E. Inbody at (510) 874-1813.~~

Counsel shall contact Court Call at 866-582-6878 in ADVANCE of the CMC to arrange for the teleponic appearance.

DATED: 7/12/2010

UNITED STATES NORTHERN DISTRICT JUDGE
JUDGE JEREMY FOGEL

79140.doc

---

2
**REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED ORDER]**
**CASE NO.: 5:10-cv-01672-JF**

| Re: | Golden Bear Insurance Company v. Lexington Insurance Company |
|---|---|
| Court: | United States District Court, Northern District - San Jose Division |
| Action No. | 5:10-cv-01672-JF |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On July 9, 2010, I served the following document(s):

**REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED ORDER]**

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

Mr. Henry M. Su
Yaron & Associates
601 California Street, 21st Floor
San Francisco, CA 94108-2826
Telephone No.:   (415) 658-2929
Fax No.:         (415) 658-2930
Email:  hsu@yaronlaw.com

Attorneys for Plaintiff:
GOLDEN BEAR INSURANCE COMPANY

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 9, 2010

*/s/ Laura L. Sanchez*
Laura L. Sanchez

1

Case No.: 5:10-cv-01672-JF