GEORGE D. YARON, ESQ. (State Bar #96246)
HENRY M. SU, ESQ. (State Bar #171853)
YARON & ASSOCIATES
601 California Street, Suite 2100
San Francisco, California 94108-2826
Telephone: (415) 658-2929
Facsimile: (415) 658-2930

Attorneys for Plaintiffs
GOLDEN BEAR INSURANCE COMPANY

**E-Filed 7/13/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| GOLDEN BEAR INSURANCE COMPANY, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation, and DOES 1 through 10,<br><br>Defendants. | CASE NO.: 5:10-cv-01672-JF<br><br>REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED ORDER] |

Plaintiff Golden Bear Insurance Company hereby requests that, their counsel of record, Henry M. Su, be permitted to appear by telephone at the Initial Case management Conference scheduled for July 16, 2010 at 10:30 a.m., in Courtroom 3, in front of Judge Jeremy Fogel.

DATED: July 12, 2010

YARON & ASSOCIATES

by _____
HENRY SU
Attorney for Plaintiff GOLDEN BEAR INSURANCE COMPANY

REQUEST

-1-

G:\3268\Pleadings\Requst for Telephonic Appearance.wpd

# ORDER

IT IS HEREBY ORDERED that Plaintiff Golden Bear Insurance Company's counsel of record, Henry M. Su, may appear by telephone at the Initial Case Management Conference scheduled for July 16, 2010 at 10:30, a.m. in Courtroom 3 of the United States District Court for the Northern District of California. Counsel shall contact Court Call at 1 (866) 582-6878 in advance of the Case Management Conference to arrange for the telephonic appearance.

DATED: 7/13/2010

UNITED STATES NORTHERN DISTRICT JUDGE
JUDGE JEREMY FOGEL

REQUEST

-2-

G:\3268\Pleadings\Requst for Telephonic Appearance.wpd

## PROOF OF SERVICE

I am over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is Yaron & Associates, 601 California Street, 21st Floor, San Francisco, California 94108.

On **July 12, 2010**, at or about 4:00 p.m. I served the within:

**REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED ORDER]**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

TO ALL PARTIES AS LISTED ON ECF PACER

---

☒ **VIA ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients through PACER. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by PACER's system. Once PACER has served all designated recipients, proof of electronic service is returned to the filing party which will be maintained with the original document(s) in our office. This service complies with CCP §101.6.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **July 12, 2010**, at San Francisco, California 94108.

_____
MARISELA H. NAVARRO
MNAVARRO@YARONLAW.COM