James L. Wraith, State Bar No. 112234
David A. Evans, State Bar No. 181854
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:    (510) 874-1811
Facsimile:    (510) 465-8976
E-mail:  jwraith@selvinwraith.com
         devans@selvinwraith.com

Attorneys for Defendant
Lexington Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GOLDEN BEAR INSURANCE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation, and DOES 1 through 10,<br><br>Defendant. | CASE NO.:  5:10-cv-01672-LHK<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER** |

Defendant Lexington Insurance Company hereby requests that their counsel of record, David A. Evans, be permitted to appear by telephone at the Case Management Conference scheduled for December 22, 2010 at 2:00 p.m., in Courtroom 4, in front of Judge Lucy Koh.

Dated: November __, 2010            SELVIN WRAITH HALMAN LLP


                                    By:   /s/ David A. Evans
                                          James L. Wraith
                                          David A. Evans
                                          Attorneys for Defendant
                                          Lexington Insurance Company

83615.doc

1
**REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER**
                                                    **CASE NO.:  5:10-cv-01672-LHK**

1 **ORDER**

2     IT IS HEREBY ORDERED that Defendant Lexington Insurance Company's counsel of
3 record, David A. Evans, may appear by telephone at the Case Management Conference scheduled for
4 December 22, 2010 at 2:00 p.m. in Courtroom 4 of the United States District Court for the Northern
5 District of California.  Counsel shall contact CourtCall at 1(866)582-6878 in advance of the Case
6 Management Conference to arrange for the telephonic appearance.

7

8 DATED: 11/18/2010

9                               By: _____
10                                  UNITED STATES NORTHERN DISTRICT
                                 JUDGE LUCY KOH

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Re: | Golden Bear Insurance Company v. Lexington Insurance Company |
|---|---|
| Court: | United States District Court, Northern District - San Jose Division |
| Action No. | 5:10-cv-01672-LHK |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On November 15, 2010, I served the following document(s):

**REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER**

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

Mr. Henry M. Su  
Yaron & Associates  
601 California Street, 21st Floor  
San Francisco, CA 94108-2826  
Telephone No.:  (415) 658-2929  
Fax No.:  (415) 658-2930  
Email:  hsu@yaronlaw.com

Attorneys for Plaintiff:  
GOLDEN BEAR INSURANCE COMPANY

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  November 15, 2010

_____  
Laura L. Sanchez

1

Case No.: 5:10-cv-01672-LHK