**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOLDEN BEAR INSUR. CO.,             ) | Case No.: 10-CV-01672-LHK |
|                                     ) | |
|              Plaintiff,             ) | ORDER SETTING BRIEFING |
|        v.                           ) | SCHEDULE REGARDING |
|                                     ) | PLAINTIFF'S MOTION FOR PARTIAL |
| LEXINGTON INSUR. CO.,               ) | SUMMARY JUDGMENT |
|                                     ) | |
|              Defendant.             ) | (re: dkt. #26) |
|                                     ) | |

On February 3, 2011, Plaintiff filed a motion for partial summary judgment. *See* Dkt. #26. That motion is set for hearing on April 14, 2011. The Court finds an expedited briefing schedule appropriate.

Accordingly, Defendant's Opposition is due by Friday, March 18, 2011. Plaintiff's Reply, if any, is due by Friday, March 25, 2011.

**IT IS SO ORDERED.**

Dated: March 2, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge