**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOLDEN BEAR INSUR. CO., ) | Case No.: 10-CV-01672-LHK |
| ) | |
| Plaintiff, ) | ORDER SETTING HEARING ON |
| v. ) | MOTIONS FOR SUMMARY |
| ) | JUDGMENT, AND BRIEFING |
| LEXINGTON INSUR. CO., ) | SCHEDULE |
| ) | |
| Defendant. ) | (re: dkt. #26 and #31) |
| ) | |

On February 3, 2011, Plaintiff filed a motion for partial summary judgment. *See* Dkt. #26. That motion is currently set for hearing on April 14, 2011, with Defendant's Opposition due by Friday, March 18, 2011 and Plaintiff's Reply, if any, due by Friday, March 25, 2011. That briefing schedule remains as set. However, in light of Defendant's recent filing of its own summary judgment motion, the Court, for purposes of judicial efficiency, will continue the April 14, 2011 hearing to May 26, 2011 so that both motions shall be heard on the same day.

The following briefing schedule shall apply to Defendant's motion for summary judgment [dkt. #31]: Plaintiff's Opposition is due by Friday, April 1, 2011, and Defendant's Reply, if any, is due by Friday, April 8, 2011. The hearing on both motions is set for Thursday, May 26, 2011 at 1:30 p.m. A Case Management Conference will follow the hearing on May 26, 2011.

**IT IS SO ORDERED.**

Dated: March 11, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01672-LHK
ORDER SETTING CONSOLIDATED HEARING AND BRIEFING SCHEDULE