UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOLDEN BEAR INSUR. CO., | Case No.: 10-CV-01672-LHK |
| Plaintiff, | ORDER AMENDING BRIEFING SCHEDULE REGARDING MOTIONS FOR SUMMARY JUDGMENT |
| v. | |
| LEXINGTON INSUR. CO., | (re: dkt. #47) |
| Defendant. | |

Although filed on separate dates, both parties' motions for summary judgment are set for hearing on May 26, 2011. The Court issued a briefing schedule for both motions on March 11, 2011. *See* Dkt. #38. With respect to Plaintiff's motion for partial summary judgment, the Court ordered the following schedule: Defendant's Opposition was due by Friday, March 18, 2011 (which was timely filed), and Plaintiff's Reply is due by Friday, March 25, 2011. With respect to Defendant's motion for summary judgment: Plaintiff's Opposition is due by Friday, April 1, 2011, and Defendant's Reply is due by Friday, April 8, 2011.

Defendant filed a timely opposition to Plaintiff's motion on March 18, 2011. However, on March 24, 2011, the parties filed a stipulation seeking to extend the deadline for the remaining dates, proposing that: (1) Plaintiff's Reply to its own motion would be due on April 22, 2011; (2) Plaintiff's Opposition to Defendant's motion would be due on April 22, 2011; and (3) Defendant's Reply to its own motion would be due on May 3, 2011. *See* Dkt. #47. The parties represent that

1  such an extension is supported by good cause because they need to conduct an additional

2  deposition, which they "are anticipating will be taken and completed by April 1, 2011."

3  It is not clear to the Court why the parties would have filed motions for summary judgment

4  if an additional deposition is *truly necessary*. In any event, in light of the time remaining until the

5  May 26, 2011 hearing date (a date that will not be extended), the Court will grant the parties'

6  stipulation and extend the deadlines for the remaining briefing. Further requests for extensions of

7  time are disfavored.

8  **IT IS SO ORDERED.**

10  Dated: March 25, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-01672-LHK
ORDER AMENDING BRIEFING SCHEDULE