UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOLDEN BEAR INSUR. CO., | Case No.: 10-CV-01672-LHK |
| Plaintiff, | ORDER REGARDING NOTICE OF SETTLEMENT |
| v. | |
| LEXINGTON INSUR. CO., | (re: dkt. #72) |
| Defendant. | |

The pretrial conference and hearing on motion to exclude expert testimony are scheduled for August 3, 2011, and trial is set to begin August 29, 2011. On July 18, 2011, the parties filed a notice of settlement [dkt. #72], representing to the Court that they have resolved this action and that they will file a stipulation of dismissal on or before August 3, 2011. The parties request that the Court: (1) extend the deadline for filing of the joint pretrial statement from July 20, 2011 to August 3, 2011; and (2) continue the pretrial conference to August 10, 2011.

The Court is prepared to rule on the motion to exclude expert testimony, and will do so promptly in the event the parties do not file a stipulation of dismissal on August 3, 2011 and vacate the hearing on that motion. In light of the parties' express representations that they have settled and that they need until August 3, 2011 to file a stipulation of dismissal, the Court grants the parties' request for a continuance. Accordingly, the joint pretrial statement is now due by August 3, 2011, and the pretrial conference and motion hearing are continued to August 10, 2011. The

1

1  Court appreciates the parties' efforts at resolving this case, and expects the parties to act promptly
2  in filing their anticipated stipulation of dismissal.
3  **IT IS SO ORDERED.**

5  Dated: July 18, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-01672-LHK
ORDER REGARDING NOTICE OF SETTLEMENT