UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| GOLDEN BEAR INSURANCE COMPANY, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation, and Does 1 through 10,<br><br>　　　　　Defendants. | Case No.: CV 10-01672-LHK<br><br>[PROPOSED] ORDER FOR DISMISSAL OF ACTION WITHOUT PREJUDICE |

Based upon the NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) of LEXINGTON INSURANCE COMPANY, and good cause appearing, it is hereby ordered that the above-captioned action is dismissed without prejudice.

The Clerk shall close the file.

DATED: August 2, 2011

_Lucy H. Koh_
The Honorable Lucy Koh
United States District Court Judge

STIPULATION FOR DISMISSAL