UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| GOLDEN BEAR INSURANCE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation, and Does 1 through 10,<br><br>Defendants. | Case No.: CV 10-01672-LHK<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Based upon the NOTICE OF VOLUNTARY DISMISSAL of LEXINGTON INSURANCE COMPANY, and good cause appearing, it is hereby ordered that the above-captioned action is dismissed with prejudice.

DATED: September 30, 2011

*Lucy H. Koh*

The Honorable Lucy Koh
United States District Court Judge

ORDER

G:\3269\pleadings\order1.wpd