1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

11   GOLDEN BEAR INSURANCE COMPANY, a)  Case No.: CV 10-01672-LHK
     California corporation,                     )
12                                               )        **ORDER FOR DISMISSAL
                         Plaintiff,              )   **OF ACTION WITH PREJUDICE**
13                                               )
            v.                                   )
14                                               )
     LEXINGTON   INSURANCE   COMPANY,   a)
15   Delaware corporation, and Does 1 through 10, )
                                                 )
16                        Defendants.            )
                                                 )
17

18        Based upon the NOTICE OF VOLUNTARY DISMISSAL of LEXINGTON INSURANCE

19   COMPANY, and good cause appearing, it is hereby ordered that the above-captioned action is

20   dismissed with prejudice.

21

22   DATED:  September 30, 2011

23                                        **The Honorable Lucy Koh**
                                          **United States District Court Judge**
24

25

26

27

28

                                      ORDER

                                                        G:\3269\pleadings\order1.wpd